IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| J. D. HEISKELL HOLDINGS, LLC, and GOLD STAR FEED AND GRAIN, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>STEPHEN "TREY" PARROTT, and AGRICULTURAL PRODUCTS EXTENSION, LLC,<br><br>Defendants. | **8:25CV5**<br><br>**ORDER** |

The Court has been advised that the parties in the above-captioned matter have settled their claims.

Accordingly,

IT IS ORDERED:

1) On or before **October 27, 2025**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) that will fully dispose of the case;

2) Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3) The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

1

Dated this 25th day of September, 2025.

BY THE COURT:

<u>s/ Jacqueline M. DeLuca</u>

United States Magistrate Judge