IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| J. D. HEISKELL HOLDINGS, LLC, and GOLD STAR FEED AND GRAIN, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>STEPHEN "TREY" PARROTT, and AGRICULTURAL PRODUCTS EXTENSION, LLC,<br><br>Defendants. | 8:25CV5<br><br>**ORDER OF DISMISSAL** |

This matter comes before the Court on the plaintiffs' Notice of Dismissal with Prejudice (Filing No. 36). The Court, being advised in the premises, finds that such an Order is proper. Furthermore, Defendants' motion to dismiss, Filing No. 27, is denied as moot.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this case be dismissed with prejudice with each party to pay their own costs, complete record waived.

Dated this 30th day of October, 2025.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge